# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lane, Sean H. | U.S. Bankruptcy Court for the Southern District of NY | 01/06/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - full time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
Alexander Customs House, One Bowling Green
New York, N.Y.
10004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Continuing | Participation in Baker Hostetler 401k plan |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Salary ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | St. John's Law School and the American Bankruptcy Institute | 3/11/12 | New York, N.Y. | Serve as moot court judge for Conrad Duberstein Bankruptcy Moot Court Competition | Received lunch; attended moot court award dinner; provided baked goods from St. John's for judging moot court. |
| 2. | Hudson Valley Bar Association | 9/19/13 - 9/20/13 | Poughkeepsie, N.Y. | Speaker at event: New Deal for Consumer Bankruptcy | Hotel on 9/19; travel expenses; breakfast/ lunch at conference; given book, bottle of wine and nominal continuing legal education fee |
| 3. | National Association of Federal Equity Receivers | 9/26/13 - 9/28/13 | Chicago, Illinois | Panelist at conference | Hotel, travel expenses including meals |
| 4. | Federal Bar Council | 11/27/13 | New York, NY | Annual Thanksgiving Lunceon | Ticket for event (including lunch) |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 01/06/2015 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 01/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | University of Notre Dame | Tuition for oldest child | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 01/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Fidelity 401k (Baker Hostetler), including: | E | Int./Div. | M | T | | | | | |
| 2. | - Fidelity Growth Co. K. | | | | | | | | | |
| 3. | - Spartan 500 Index Inst (previously Spartan 500 Index Ind.) | | | | | | | | | |
| 4. | - Hartford Cap App | | | | | Closed | 12/31/13 | K | | |
| 5. | - TRP Div. Growth | | | | | Open | 12/31/13 | K | | |
| 6. | Trust # 1(title to house in Hartsdale, New York) | | None | N | W | | | | | |
| 7. | Fidelity Rollover IRA (Fid. Gov't Money Market) | | None | | | Closed | 01/08/13 | M | | |
| 8. | ▓▓▓▓▓▓▓ 401k, including: | | | | | | | | | |
| 9. | - Fid. Dividend Gr, K | E | Int./Div. | L | T | Open | 01/08/13 | L | | |
| 10. | - Artisan Mid Cap Inv | D | Int./Div. | M | T | Open | 01/08/13 | M | | |
| 11. | - Fidelity Freedom K | E | Int./Div. | M | T | | | | | |
| 12. | U.S. Savings Bonds (combined value of all) | | None | L | W | | | | | |
| 13. | Northwestern Mutual Life Insurance, including: | | | | | | | | | |
| 14. | - Policy #1 (nonterm with cash value) | A | Int./Div. | J | T | | | | | |
| 15. | - Policy #2 (nonterm with cash value) | A | Int./Div. | J | T | | | | | |
| 16. | NY State 529 Plans (total value for all), including: | E | Int./Div. | M | T | | | | | |
| 17. | - Mid Cap Stock Index Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 01/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    - Growth Stock Index Portfolio | | | | | | | | | |
| 19.    - Small Cap Stock Index Port. | | | | | | | | | |
| 20.    - Aggressive Growth Port. | | | | | | | | | |
| 21.    Chase Bank Account (including savings and checking accounts) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Three notes for Part VII, Investments and Trusts:

The Crowell & Moring 401k account listed as closed in last year's report was rolled over to the Fidelity Rollover IRA (Fid. Gov't Money Market) that was listed as opened in last year's report. This year's report reflects that the money from that Fidelity Rollver IRA (Fid. Gov't Money Market) was rolled over into the  401k, thus increasing the amounts held in that 401k. Bottom line, the money from the Crowell & Moring 401k ended up in the 401k. When the money finally ended up in the 401k in January 2013, the investment options were changed at the same time.

In a change from my last report, I have choosen to use aggregate reporting for certain assets, including the Fidelity 401k (lines 1-5) and the NY State 529 Plans (lines 16-20).

There are no reportable assets in Trust #1 (line 6).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sean H. Lane**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544